NEWTON v. BROWNE.

(City Court of New York, General Term. November 27, 1893.)

ACTION TO RECOVER DEBT—PLEADING.
    In an action to recover an alleged debt the complaint is fatally defective where it fails to allege a nonpayment of such debt. Lent v. Railroad Co., 29 N. E. 988, 130 N. Y. 510, followed.

Appeal from special term.

Action by Henry J. Newton against Henry H. Browne to recover the alleged debt of $100. From an order sustaining the demurrer to the complaint, plaintiff appeals. Affirmed.

Argued before VAN WYCK and McCARTHY, JJ.

E. W. Brenen, for appellant.
H. Huffman Browne, for respondent.

McCARTHY, J.    The complaint in this action was demurrable It fails to allege the nonpayment of the alleged debt of $100. This is an essential allegation. See Lent v. Railroad Co., 130 N. Y. 510-513, 29 N. E. 988. The judgment and order overruling demurrer should be reversed, and the demurrer sustained, with costs, with leave to the plaintiff to serve an amended complaint on payment of $20 costs and the costs of this appeal.